

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

May 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v.                        ) | Hon. Geraldine Soat Brown |
| VICTOR AGUILAR            ) | No. 08CR 435 |

The undersigned Affiant personally appeared before GERALDINE SOAT BROWN, a United States Magistrate Judge, and being duly sworn on oath, states: That at SOUTHERN DISTRICT, TEXAS, one VICTOR AGUILAR, was charged in an indictment with one count of violation of Section  846  of the United States Code, Title 21  ; and one count of violation of Section  841(a)(1) of the United States Code, Title 21  , for the offenses of CONPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA AND POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

ANGELO SCHRAGEL
Deputy U.S. Marshal
United States Marshals Service

Subscribed and Sworn to before me this
  30 th day of    May   , 2008.

GERALDINE SOAT BROWN
United States Magistrate Judge

Bond Recommendation:  no bond

RENATO MARIOTTI
Assistant U.S. Attorney

AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## Southern District of Texas

UNITED STATES OF AMERICA

V.

Victor Aguilar

**BENCH WARRANT**

Case Number: 5:08cr405-03
(MA)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Victor Aguilar__
                                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her      (brief description of offense)

*Count 1: Conspiracy to possess with intent to distribute a quantity in excess of 1000 kgs of Marijuana.*
*Count 3: Possess with intent to distribute a quantity in excess of 100 kgs of Marijuana.*

in violation of Title __21__ United States Code, Section(s) __846, 841(a)(1)__

Hon. Michael N. Milby
Name of Issuing Officer

*[signature]*
Debbie Flores, Deputy Clerk
Signature of Issuing Officer

U. S. District Clerk
Title of Issuing Officer

April 2, 2008 at Laredo, Texas
Date and Location

Bail fixed at $ __To be set at Initial Appearance__ by __Adriana Arce-Flores, United States Magistrate Judge__
                                                                                                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

United States District Court
Southern District of Texas
FILED

APR 0 1 2008

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v | § | CRIMINAL NO. L-08-405 |
| ALDO ALDACO<br>JOSE RAUL CARRIZALEZ<br>VICTOR AGUILAR<br>RICARDO RIVERA<br>CARLOS RIOS<br>MIGUEL DAVALOS<br>JUAN ANTONIO GAYTAN<br>JOSE NORBERTO NAVARRO<br>JAMES PEREZ<br>ALFREDO LOPEZ GARZA<br>ERIC ULLOA | §<br><br>§ | <br><br>UNDER SEAL |

## ORDER FOR ISSUANCE OF BENCH WARRANT

It appearing to the Court that a Criminal Indictment has been filed against the defendant listed below, it is hereby ORDERED that a warrant be issued for the arrest of said defendants and bail is hereby set in the amount shown below, returnable instanter to the Laredo Division of this Court, such bail to be taken by the United States Magistrate Judge.

| DEFENDANT | AMOUNT OF BAIL |
|---|---|
| ALDO ALDACO | To be set at Initial Appearance |
| JOSE RAUL CARRIZALEZ | |
| VICTOR AGUILAR | |
| RICARDO RIVERA | |
| CARLOS RIOS | |
| MIGUEL DAVALOS | |
| JUAN ANTONIO GAYTAN | |
| JOSE NORBERTO NAVARRO | |
| JAMES PEREZ | |
| ALFREDO LOPEZ GARZA | |
| ERIC ULLOA | |

ENTERED in Laredo, Texas, this 1st day of _____ 2008.

UNITED STATES MAGISTRATE JUDGE

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 1 2008

Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § § | CRIMINAL NO.<br>**L-08-405** |
| ALDO ALDACO <br> ~~████████████~~ <br><br> VICTOR AGUILAR <br> RICARDO RIVERA <br> CARLOS RIOS <br> MIGUEL DAVALOS <br> ~~████████████~~ <br><br> JOSE NORBERTO NAVARRO <br> JAMES PEREZ <br> ~~████████████~~ | | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about February 15, 2006, through May 18, 2006, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, **Defendants**,

**ALDO ALDACO,**

~~████████████~~

**VICTOR AGUILAR,**
**RICARDO RIVERA,**
**CARLOS RIOS,**
**MIGUEL DAVALOS,**

~~████████████~~

**JOSE NORBERTO NAVARRO,**
**JAMES PEREZ,**

~~████████████~~

did knowingly and intentionally conspire and agree with each other and with other persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance. This offense involves a quantity in excess of 1000 kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

On or about March 7, 2006, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**ALDO ALDACO,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity in excess of 100 kilograms of marihuana, a Schedule I controlled substance.

In Violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about March 25, 2006, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants**,

**ALDO ALDACO,**
~~[redacted]~~
**VICTOR AGUILAR,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity in excess of 100 kilograms of marihuana, a Schedule I controlled substance.

In Violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about April 12, 2006, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants**,

**ALDO ALDACO,**
**RICARDO RIVERA and,**
**CARLOS RIOS,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity in excess of 100 kilograms of marihuana, a Schedule I controlled substance.

In Violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about May 18, 2006, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**

**ALDO ALDACO,**
~~MIGUEL DAVALOS,~~
**JOSE NORBERTO NAVARRO,**
**JAMES PEREZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity in excess of 100 kilograms of marihuana, a Schedule I controlled substance.

In Violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

FOREMAN OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR
UNITED STATES ATTORNEY

ROBERT S. JOHNSON
Assistant United States Attorney

MA