## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 435 | **DATE** | 5/30/2008 |
| **CASE TITLE** | USA vs. Victor Aguilar | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Removal proceedings held. Defendant Victor Aguilar appears in response to arrest on 05/30/08. Defendant informed of his rights. Defendant waives identity hearing. Douglas Whitney from the Federal Defender Panel is appointed as counsel for defendant for initial appearance and removal proceedings only. Status on detention hearing set for 06/05/08 at 11:30 a.m. *[signature: Geraldine Soat Brown]*

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|