## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 435 | **DATE** | 06/05/2008 |
| **CASE TITLE** | USA vs. Victor Aguilar | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 06/10/08 at 3:30 p.m.  Defendant Victor Aguilar shall be transmitted by the U.S. Marshals to the Dirksen Courthouse for the status hearing.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|