# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 435 | **DATE** | 06/10/2008 |
| **CASE TITLE** | USA vs. Victor Aguilar | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 06/12/08 at 2:30 p.m. Donna Makowski is given leave to file her appearance as retained counsel for the defendant. Douglas Whitney is given leave to withdraw his appearance on behalf of the defendant.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|