## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 435 | **DATE** | 06/12/2008 |
| **CASE TITLE** | USA vs. Victor Aguilar | | |

**DOCKET ENTRY TEXT**

Status hearing held. Government moves for removal in custody. Defendant agrees to removal in custody without prejudice to defendant's right to a detention hearing in the charging district. Government's oral motion for removal in custody is granted. Order defendant removed in custody to the Southern District of Texas.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|