

**FILED**

JUN 2 5 2008   NF
JUN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   )erto Blanco
   States District Court
   States Courthouse, 1st Floor
   /ictoria Street
   , TX 78040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Ben Nvnz_    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Ben Munoz                    6-19-08
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   08cr435

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0001 7313 2630

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**RECEIVED**

JUN 2 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Al|
United
United
1300 V
Laredo