

**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

MICHAEL W. DOBBINS,
CLERK

OFFICE OF THE CLERK
June 16, 2008



FILED
JUL X 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Alberto Blanco
United States District Court
United States Courthouse, 1st Floor
1300 Victoria Street
Laredo, TX 78040

Re: U.S. -v- Victor Aguilar

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 cr 435 | _X_ Order of Removal dated: 6/12/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| ____ Financial Affidavit | ____ Temporary Commitment |
| ____ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | ____ Appearance Bond |

_X_ Others (see docket for entries):
Minute order dated 5/30/08
Minute order dated 6/0/5/08
Minute order dated 6/10/08

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Yvette Pearson
Yvette Pearson, Deputy Clerk